# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD HEDAYATI, on behalf of himself and all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>FELDSOTT LEE PAGANO & CANFIELD; PARKSIDE COMMUNITY ASSOCIATION, a non-profit mutual benefit corporation; and DOES 1-10, inclusive<br>　　　　　Defendants. | Case No.: 8:18-cv-01479-AG-KES<br><br>**ORDER GRANTING JOINT STIPULATION RE: DISMISSAL PURSUANT TO SETTLEMENT**<br><br>Complaint Filed:　　8/20/2018<br>FAC Filed:　　　　　10/19/2018<br>Scheduling Conference: None Set<br>Trial Date:　　　　　None Set |

The Court, having considered the parties' stipulation and for good cause appearing, hereby rules as follows:

The parties' stipulation is GRANTED.

Pursuant to the parties' Stipulation to the dismissal of this action, this action is hereby dismissed in its entirety, with prejudice as to plaintiff Mohammad Hedayati. The dismissal is without prejudice as the class-action allegations and as to other members of the putative alleged class. The parties are to bear their respective attorneys' fees and costs.

DATED: March 1, 2019

By _____
The Hon. Andrew Guilford
United States District Judge